STATE OF CONNECTICUT *v.* EARL THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 296 (AC 32040), is denied.

*Francisco A. Cardona* and *Gerald M. Beaudoin*, in support of the petition.

*Linda Currie-Zeffiro*, assistant state's attorney, in opposition.

Decided January 25, 2012

FAIRCHILD HEIGHTS RESIDENTS ASSOCIATION, INC. *v.* FAIRCHILD HEIGHTS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 131 Conn. App. 567 (AC 31661), is granted, limited to the following issue:

"Did the Appellate Court properly reverse and remand with direction to dismiss the action based on a determination that the plaintiff failed to exhaust its administrative remedies and lacked associational standing?"

HARPER, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18917.

*Douglas J. Varga*, in support of the petition.

*Thomas T. Lonardo*, in opposition.

Decided January 25, 2012